## FIRST DISTRICT.

Ben T. Dempsey and Edward P. Way, appellees, v. Albert C. Thuner, appellant. Gen. No. 28,864.
Forcible detainer. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed October 30, 1924.
James F. Hutchinson, for appellant. Ning Eley and Delbert A. Clithero, for appellees.
Mr. Justice Taylor delivered the opinion of the court.

Alexander Eisenstein and Samuel Isenstein, appellees, v. Charles Bostrom, commissioner of buildings of the City of Chicago, appellant. Gen. No. 28,899.
Mandamus to compel issuance of building permit. Order granting writ. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed October 30, 1924.
Francis X. Busch, Corporation Counsel, for appellant; Edmund S. Cummings, of counsel. Gustav E. Beerly and Roy S. Gaskill, for appellee; Ellis S. Chesbrough, of counsel.
Mr. Justice Taylor delivered the opinion of the court.

Diamond Cab Company, appellee, v. A. C. Hendricks, appellant. Gen. No. 28,913.
Action for negligent injury to automobile in collision. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed October 30, 1924.
John W. Walsh, for appellant. A. H. Brown and A. J. W. Appell, for appellee.
Mr. Justice Taylor delivered the opinion of the court.